**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

IRENE PONCE,

11

Plaintiff,

12

v.

13

POWELL ROGERS & SPEAKS, INC.,

14

Defendant.

15

No. C-09-4422-EDL

**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

16

Plaintiffs have filed a Notice of Settlement, informing the Court that the parties have reached a

17

settlement agreement and intend to finalize settlement documents and file a dismissal within 30

18

days.  Good cause appearing, the Case Management Conference currently set for January 5, 2010 is

19

hereby continued until February 2, 2010.

20

21

**IT IS SO ORDERED.**

22

23

Dated: December 31, 2010

24

ELIZABETH D. LAPORTE
United States Magistrate Judge

25

26

27

28